NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**INTERMETRO INDUSTRIES CORPORATION,**
*Appellant*

**v.**

**ENOVATE MEDICAL, LLC,**
*Appellee*

———————————

2016-2153, 2016-2162

———————————

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-00300, IPR2015-00301.

———————————

**JUDGMENT**

———————————

GLENN E. FORBIS, Harness, Dickey & Pierce, PLC, Troy, MI, argued for appellant. Also represented by DAVID UTYKANSKI, GEORGE DIMITRIOS MOUSTAKAS, NEAL D. SANBORN.

NORMAN H. ZIVIN, Cooper & Dunham, LLP, New York, NY, argued for appellee. Also represented by RICHARD S. ORDER, ADAM BENJAMIN MARKS, Updike, Kelly & Spellacy, PC, Hartford, CT.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MAYER and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

  May 9, 2017  
Date

/s/ Peter R. Marksteiner  
Peter R. Marksteiner  
Clerk of Court